# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Michelle Coady, et al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:17-cv-01280-JCH** |
| **Nationstar Mortgage, LLC** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Nationstar Mortgage, LLC**

Date:   **September 14, 2017**

*C. Cooke*
*Attorney's signature*

**Crystal L. Cooke ct28750**
*Printed name and bar number*

**1545 U.S. Highway 206, Suite 304**
**Bedminster, NJ 07921**
*Address*

**ccooke@se-llp.com**
*E-mail address*

**908-470-1200**
*Telephone number*

**908-470-1206**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 14, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*C. Cooke*

*Attorney's signature*